# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE: GEORGE H KOURIABALIS ) Case No. 24 B 13749
)
) Chapter 13
Debtor(s) )
) Judge: TIMOTHY A BARNES

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

GEORGE H KOURIABALIS
1032 BETTE LN
GLENVIEW, IL 60025

WONAIS LAW LLC
via Clerk's ECF noticing procedures

PLEASE TAKE NOTICE that on **January 23, 2025 at 10:30 am.**, I will appear before the Honorable Judge TIMOTHY A BARNES or any judge sitting in the judge's place, **either** in Courtroom 744, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of trustee to dismiss case for unreasonable delay, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I, Besira Nikolla a non-attorney, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown by U.S. mail or by the methods indicated on January 06, 2025.

/s/ Besira Nikolla

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE: GEORGE H KOURIABALIS ) Case No. 24 B 13749
)
) Chapter 13
Debtor(s) )
) Judge: TIMOTHY A BARNES

## MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Thomas H. Hooper, Trustee, and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c)(1), and in support thereof respectfully states the following:

1. On September 18, 2024 the debtor(s) filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. A plan has not been confirmed in this case.

3. The debtor(s) has caused unreasonable delay that is prejudicial to creditors by failing to:

   Failure to file a confirmable plan within a reasonable period of time.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900